# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-0897-MTS |
| MECC, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff's post-judgment motion to reopen.* Doc. [17]. Plaintiff is a prisoner who is subject to 28 U.S.C. § 1915(g), and who previously "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process." *Engel v. Jefferson Cnty. Sheriff Dep't*, 4:21-cv-0896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021). In the instant Motion, Plaintiff complains of unlawful conditions of confinement at the Missouri Eastern Correctional Center (MECC) in July of 2021, and he asks this Court to appoint counsel to represent him and let him proceed with his claims. Plaintiff's motion is frivolous, and it is consistent with his prior pattern of abusive litigation before this Court. The Court will therefore deny the motion and direct the Clerk of Court to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion, Doc. [17], is **DENIED.**

---

* This action was dismissed on July 27, 2021, pursuant to 28 U.S.C. § 1915(g). On October 6, 2021, the Eighth Circuit Court of Appeals dismissed Plaintiff's appeal on the same grounds. *Engel v. MECC*, No. 21-2869 (8th Cir. 2021).

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

Dated this 9th day of January 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE